**cvIn The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-14-00249-CV**

_____

**CARLOS A. DURAN, Appellant**

**V.**

**BRAD LIVINGSTON, ET AL., Appellees**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. CIV28366**

**MEMORANDUM OPINION**

Carlos A. Duran filed a suit against Brad Livingston in his official capacity as Executive Director of the Texas Department of Criminal Justice, and Department employees Brenda D. Spitaleri, Vera S. Fox, Helen E. Sheffield, and Michael J. Butcher, in which Duran alleged that his photograph album had been confiscated illegally and he had exhausted his administrative remedies. The trial court dismissed the suit and Duran filed a notice of appeal.

1

The brief of the appellant was due to be filed on or before October 3, 2014, but Duran did not file a brief. On October 6, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 18, 2014, we notified the parties that the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 9, 2014
Opinion Delivered December 18, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.

2